FILED & ENTERED

MAR 30 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum        DEPUTY CLERK

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:12-bk-30028-RK |
| MEHRDAD TAHERIPOUR, | Chapter 7 |
| Debtor. | Adversary No. 2:13-ap-01443-RK |
| | |
| DAVID A. GILL, Chapter 7 Trustee, | **ORDER ON MOTIONS TO DISMISS TRUSTEE'S THIRD AMENDED COMPLAINT AND SETTING STATUS CONFERENCE** |
| Plaintiff, | |
| vs. | |
| NEXGEN ENERGY HOLDINGS PCC LIMITED, an Isle of Man company; WILTON GROUP; ANTHONY BARBER; TONY FLANAGAN; NICOLE HEWSON; EBRAHIM KAHEN-KASHANI; ERIC HERRERA; DONALD S. BURRIS; BURRIS, SCHOENBERG & WALDEN, LLP; BENEFICIARIES OF PRIVATE TRUST J999; LINDA SHETABI; FARIBORZ BEROUKHIM; AND HALEH BEROUKHIM, | |
| Defendants. | |

///

Pending before the court are the separate motions of Defendants Ebrahim Kahen-Kashani ("Mr. Kahen-Kashani"), ECF 124, Eric Herrera ("Mr. Herrera"), ECF 120, Donald S. Burris and Burris, Schoenberg and Walden, LLP (the "Burris Parties"), ECF 122, and Fariborz Beroukhim and Haleh Beroukhim (the "Beroukhims"), ECF 154 to dismiss the Third Amended Complaint of Plaintiff David A. Gill, the Chapter 7 Trustee of the bankruptcy estate of Debtor Mehrdad Taheripour.

For the reasons stated in the separately entered Memorandum Decision on the motions to dismiss, the court hereby orders as follows:

1.  Mr. Herrera's Motion to Dismiss, ECF 120, the Burris Parties' Motion to Dismiss, ECF 122, Mr. Kahen-Kashani's Motion to Dismiss, ECF 124, and the Beroukhims' Motion to Dismiss, ECF 154, are GRANTED IN PART such that the second, fourth, fifth, seventh, eighth, ninth, tenth and eleventh claims for relief in the Third Amended Complaint as against them are DISMISSED WITH PREJUDICE.

2. The Burris Parties' Motion to Dismiss, ECF 122, is GRANTED IN PART such that the third and twelfth claims for relief in the Third Amended Complaint as against them are DISMISSED WITH PREJUDICE, but with leave to amend to assert claims for relief based on the conditions and limitations set forth in paragraph 5 herein.

3. Mr. Herrera's Motion to Dismiss, ECF 120, and Mr. Kahen-Kashani's Motion to Dismiss, ECF 124, are DENIED with respect to their requests to dismiss the third claim for relief in the Third Amended Complaint as against them. Recovery under the third claim for relief, if granted, shall be limited to the value that Mr. Herrera and Mr. Kahen-Kashani actually received from the alleged fraudulent transfer.

4. The Beroukhims' Motion to Dismiss, ECF 154, is GRANTED IN PART such that the twelfth claim for relief in the Third Amended Complaint as against them

1    is DISMISSED WITH PREJUDICE, but with leave to amend to assert a claim

2    for injunctive relief as against these parties if there is an underlying claim in an

3    amended complaint as provided in paragraph 6 herein to support a claim for

4    injunctive relief.

5    5.    Leave is granted for Plaintiff to serve and file an amended complaint within 30

6        days of entry of this order to allege claims upon which relief can be granted

7        against the Burris Parties consistent with this order and the court's

8        Memorandum Decision on the Motions, that is, for relief, if granted, to the value

9        that such parties actually received from the alleged fraudulent transfer and for

10        injunctive relief related to such claims.

11    6.    Leave is granted for Plaintiff to serve and file an amended complaint within 30

12        days of entry of this order to allege claims upon which relief can be granted

13        against the Beroukhims consistent with this order and the court's Memorandum

14        Decision.

15    7.    The court sets a status conference in this adversary proceeding on June 21,

16        2016 at 1:30 p.m.  Pursuant to Local Bankruptcy Rule 7016-1, a joint status

17        report must be filed on or before June 14, 2016.

18    IT IS SO ORDERED.

19                                            ###

20

21

22

23

Date: March 30, 2016

24                                    _____
                                    Robert Kwan
25                                    United States Bankruptcy Judge

26

27

28

3